## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Marco Antonio Pereyda-Rios**<br>DOB: 1970; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-01658MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 30, 2022, in the District of Arizona, **Marco Antonio Pereyda-Rios**, knowing or in reckless disregard that certain aliens, including Victoria Perez-Vasquez, Victor Enrique Perez-Vasquez and Gustavo Luis-Velasquez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 30, 2022, Border Patrol Agents (BPAs) working near the town of Arivaca, Arizona, received a call to be on the lookout for a gold Chevrolet Tahoe that was seen traveling northbound from the town on Sasabe, Arizona. BPAs were advised that the Tahoe had a history of both drug and human smuggling. At approximately 3:06 p.m., BPAs observed the vehicle as it was now traveling eastbound on Arivaca Road. BPAs followed and began observing the vehicle. BPAs noticed the vehicle was traveling at speeds up to 50 miles per hour and would slow down to approximately 30 miles per hour in what appeared to be an attempt to get BPAs to pass. At approximately mile marker 11 on Arivaca Road, BPAs activated their emergency lights and sirens for a vehicle stop to conduct an immigration inspection on the occupants of the vehicle. The vehicle began to yield but as BPAs pulled to the shoulder of the road, the vehicle then increased its speed and got back onto the road. The Tahoe then took a hard right turn, drove through a gap in the barbed wire fence and into an area with tall grass. BPAs followed the Tahoe slowly due to the dust that was kicked up. As the dust dissipated, BPAs observed the gold Tahoe approximately 10 yards away, stopped under some trees with multiple subjects coming out of the vehicle. BPAs made contact with a man standing on the passenger side of the vehicle, wearing a black t-shirt and jeans, identified as **Marco Antonio PEREYDA-Rios**, and asked him who the people running from the vehicle were, to which **PEREYDA** stated "what people, I am the only one here". **PEREYDA** then claimed to be having a stroke and didn't remember anything. BPAs placed him in a patrol car with air conditioning and called for EMTs.

Two subjects, to include Victoria Perez-Vasquez, were later apprehended in the area. At approximately 9:00 p.m., Border Patrol received a 911 call near the scene of the accident. BPAs responded to the area and apprehended four subjects, to include Victor Enrique Perez-Vasquez and Gustavo Luis-Velasquez. All six passengers admitted to being in the gold Tahoe and freely admitted to being in the present without the proper documentation to enter, pass through or remain in the United States legally.
**Continued on back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Victoria Perez-Vasquez, Victor Enrique Perez-Vasquez and Gustavo Luis-Velasquez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA HNS/pl | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 2, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

22-01658MJ

**Continued from front.**

Material witness Victoria Perez-Vasquez stated she made arrangements and paid an initial fee of $8,000 to be smuggled into the United States. Perez-Vasquez stated she agreed to pay an additional fee if the smuggling attempt was successful. Perez-Vasquez crossed into the United States on April 29, 2022, by crawling under the International Boundary Fence and walked for hours to the pick-up location near the highway. Once at the highway, Perez-Vasquez stated the driver arrived and instructed them to get into the vehicle. Perez-Vasquez stated the driver instructed her to take off her camouflage clothing so she would look like a normal passenger. Perez-Vasquez stated when Border Patrol began following them, the driver took the vehicle off road and instructed them once the vehicle came to a stop to exit and run away. She ran out and hid in the trees nearby. BPAs interviewed the driver (**PEREYDA**) and placed him in a BP vehicle.

Material witness Victor Enrique Perez-Vasquez stated he crossed into the United States on April 27, 2022. Perez-Vasquez stated he made smuggling arrangements for $13,000 and he had already paid $5,000 to the smugglers. Perez-Vasquez stated after crossing into the United States, he walked for three hours and hid in the desert to wait for the load vehicle for about three days. Perez-Vasquez stated a four-door grey or brown SUV showed up driven by a male wearing a black shirt. The driver told them to get into the cargo area of the vehicle. Perez-Vasquez stated they drove for approximately thirty minutes when he heard sirens, the load vehicle came to a stop and all passengers ran from the vehicle.

Material witness Gustavo Luis-Velasquez stated he made smuggling arrangements for $13,000 and he had already paid $1,500. Luis stated she crossed into the United Stated on April 26, 2022, by walking in the desert through Altar, Sonora. Luis stated after he crossed into the United States, he walked for two and a half hours and hid in the desert to wait for the load vehicle. Luis stated a Chevrolet, four-door SUV showed up to pick them up. Luis stated the driver told them to get into the cargo area of the vehicle. Luis stated they drove for approximately 25 minutes when he heard sirens and the vehicle came to a stop and everyone ran from the vehicle. Luis stated four or five hours later, a group of four of them called 911 and Border Patrol showed up and arrested them.