1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   JOSH A.C. ACKERMAN
3  Assistant U.S. Attorney
   State Bar No.: 020088
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone:  520-620-7300
6  Email: josh.ackerman@usdoj.gov
   Attorneys for Plaintiff
7

FILED

2022 MAY 25  PM 4: 24

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01137 TUC-JAS(LCK)

8                    UNITED STATES DISTRICT COURT
                           DISTRICT OF ARIZONA

9   United States of America,

10                         Plaintiff,                     **INDICTMENT**

11                    v.                          VIOLATIONS:
                                                 **8 U.S.C. § 1324(a)(1)(A)(v)(I)**
12   Marco Antonio Pereyda-Rios,                 **8 U.S.C. § 1324(a)(1)(A)(ii)**
        (Counts 1-4)                             **8 U.S.C. § 1324(a)(1)(B)(i)**
13                                               (Conspiracy to Transport Illegal
                                                 Aliens for Profit)
14                         Defendant.            **Count 1**

15                                               **8 U.S.C. § 1324(a)(1)(A)(ii)**
                                                 **8 U.S.C. § 1324(a)(1)(B)(i)**
16                                               (Transportation of Illegal Aliens
                                                 for Profit)
17                                               **Counts 2-4**

18   **THE GRAND JURY CHARGES:**

19                            <u>**COUNT 1**</u>

20       From a date  unknown to on or about April 30, 2022, in the District of Arizona,

21   Marco Antonio Pereyda-Rios, did knowingly and intentionally combine, conspire,

22   confederate, and agree with various other persons known and unknown to the grand jury,

23   to transport and move Victoria Perez-Vasquez, Victor Enrique Perez-Vasquez and

24   Gustavo Luis-Velasquez, illegal aliens, within the United States by means of

25   transportation or otherwise, in furtherance of such violation of law, and did so for the

26   purpose of commercial advantage or private financial gain, all in violation of Title 8,

27   United    States    Code,    Sections    1324(a)(1)(A)(v)(I),    1324(a)(1)(A)(ii)    and

28   1324(a)(1)(B)(i).

### COUNT 2

On or about April 30, 2022, in the District of Arizona, Marco Antonio Pereyda-Rios, knowing and in reckless disregard of the fact that an alien, Victoria Perez-Vasquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

### COUNT 3

On or about April 30, 2022, in the District of Arizona, Marco Antonio Pereyda-Rios, knowing and in reckless disregard of the fact that an alien, Victor Enrique Perez-Vasquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

### COUNT 4

On or about April 30, 2022, in the District of Arizona, Marco Antonio Pereyda-Rios, knowing and in reckless disregard of the fact that an alien, Gustavo Luis-Velasquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of

///

1  commercial advantage and private financial gain, in violation Title 8, United States

2  Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

3

4  A TRUE BILL

5  /s/

6  FOREPERSON OF THE GRAND JURY

7  Dated: May 25, 2022

8  GARY M. RESTAINO

9  United States Attorney
   District of Arizona

10

11  /s/

12  JOSH A.C. ACKERMAN
    Assistant U.S. Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REDACTED FOR
PUBLIC DISCLOSURE