**MIRANDA LAW OFFICE**
10645 N. ORACLE RD., STE. 121-305
ORO VALLEY, ARIZONA 85737
TELEPHONE: (520) 792-9411
FACSIMILE: (520) 203-0266

RAUL A. MIRANDA, ESQ.
STATE BAR NO. 017386 - PCC NO. 65133
E-MAIL: mirandalaw@comcast.net
ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-22-1137-TUC-JAS-(LCK) |
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS COUNSEL** |
| Marco Antonio Pereyda-Rios, | |
| Defendant. | |

Excludable delay under 18 U.S.C. §3161(h)(1)(F) and (8)(A) will occur as a result of this motion and any order based thereon.

Defendant, Marco Antonio Pereyda-Rios, through undersigned counsel, hereby moves the Court for withdrawal of currently assigned counsel and for the appointment of substitute counsel at this time for the following reasons:

1.  The defendant has this day requested that undersigned counsel withdraw from his representation in the case because he believes that he is not receiving "effective assistance" from counsel.

2.  Undersigned counsel believes that an irreconcilable conflict of interest has developed in the attorney / client relationship in this case which requires that substitute counsel be appointed to represent Mr. Pereyda-Rios at this time. The attorney /client relationship has deteriorated to the point that further efforts to prepare this case for sentencing will be non-productive and result in a miscarriage of justice.

3.  Undersigned counsel does not believe a hearing on this motion is necessary.

CR 22-1137 - MotWithdrawCounsel.wpd - 220708

MIRANDA LAW OFFICE
10645 N. Oracle Rd., Ste. 121-305
Oro Valley, Arizona 85737
Telephone: (520) 792-9411
Facsimile: (520) 203-0266

Therefore, Mr. Pereyda-Rios requests that substitute counsel be appointed at the this time. Undersigned counsel requests that he be allowed to withdraw from this case.

**DATED** this 8$^h$ day of July, 2022.

        s/ *Raul A. Miranda*
        RAUL A. MIRANDA
        Attorney for Defendant

. . . .

. . . .

. . . .

**Copy of the foregoing electronically filed, noticed or delivered this 8th day of July, 2022, to:**

Clerk of Federal District Court
405 W. Congress, Suite 1500
Tucson, AZ 85701

Hon. James A. Soto
United States District Court Judge
405 W. Congress
Tucson, AZ 85701

Josh AC Ackerman
Assistant U.S. Attorney
405 W. Congress, Suite 4800
Tucson, AZ 85701

By: s/ *Raul A. Miranda*